KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

JS-6

| | |
|---|---|
| JOSEPH DOUGHERTY, | CASE NO: 8:18-cv-01329-JLS-ADS |
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| VS. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY and THE GRIFFIN CAPITAL EMPLOYEE BENEFIT PLAN, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: August 5, 2019

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
U.S. District Court Judge